Certiorari denied. 

No. 00–1331. GADSON ET AL. v. WALKER ET AL. C. A. 7th Cir. Motion of respondent Baxter Healthcare for leave to file Rule 29.6 corporate disclosure statement under seal granted. Motion of respondents Armour Pharmaceutical Co. et al. for leave to lodge Court of Appeals appendix under seal granted. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of these motions and this petition. 

No. 00–1334. KENNEDY ET AL. v. FRIGIDAIRE, INC., ET AL. Ct. Civ. App. Ala. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 00–1446. INWOOD INTERNATIONAL CO. v. WAL-MART STORES, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 00–8584. RASTEN v. WELLS FARGO SECURITY. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–907. FOSTER v. UNITED STATES, ante, p. 904;

No. 00–6982. JACKSON v. UNITED STATES, 531 U. S. 1155;

No. 00–7267. JACKSON v. CADDO CORRECTIONAL CENTER, 531 U. S. 1157;

No. 00–7275. MINGO v. RATHMAN ET AL., 531 U. S. 1158;

No. 00–7624. WOODSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 531 U. S. 1171;

No. 00–7634. MCKIBBEN v. HEAD, WARDEN, 531 U. S. 1194;

No. 00–7662. SONTAG v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYNESBURG, 531 U. S. 1195;

No. 00–7694. SMITH v. MISSOURI, 531 U. S. 1196;

No. 00–7764. GISSENDANER v. GEORGIA, 531 U. S. 1196;

No. 00–7878. CARTER v. PURYEAR, ante, p. 927;

No. 00–8275. PINNAVAIA v. UNITED STATES, ante, p. 911;

No. 00–8289. DOLENZ v. UNITED STATES, 531 U. S. 1202; and

No. 00-8427. IN RE METTETAL, *ante*, p. 918. Petitions for rehearing denied.

No. 99-348. KIEL *v.* SCOTT, WARDEN, 528 U.S. 1115; and

No. 00-1132. MORICE *v.* EG&G FLORIDA, INC., ET AL., *ante*, p. 906. Motions of petitioners for leave to proceed further herein *in forma pauperis* granted. Petitions for rehearing denied.

APRIL 25, 2001

No. 00-9605 (00A935). IN RE GOFF. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00-9599 (00A932). DAWSON *v.* DELAWARE. Sup. Ct. Del. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied.

No. 00-9606 (00A936). GOFF *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 26, 2001

No. 00A943. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS *v.* ARTHUR. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Northern District of Alabama on April 25, 2001, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

APRIL 27, 2001

No. 00-8880. SHELLMON *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.